SO ORDERED:
s/ MKB 10/29/2021

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARGO K. BRODIE
United States District Judge

Clerk's Office
Filed Date:  10/29/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

---------------------------------------------------------------------------
Abraham Portugal,

                                 Plaintiff,

   -v.-

Kirschenbaum & Phillips, P.C.

                                Defendants.
------------------------------------------------------------------------x

Civil Action No:
1:21-cv-3508

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiffs and Defendant that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 29, 2021

| For Plaintiff Abraham Portugal | For Defendant Kirschenbaum & PHillips, P.C. |
|---|---|
| */s/ Eliyahu Babad*<br>Eliyahu Babad<br>Stein Saks, PLLC<br>One University Plaza Suite 620<br>Hackensack, NJ 07601<br>ebabad@steinsakslegal.com | */s/Michael L. Kohl*<br>Michael L. Kohl<br>Michael L. Kohl, P.C.<br>3018 Merrick Rd<br>Wantagh, NY 11716<br>michaellkohl.pc@gmail.com |

1

2

## CERTIFICATE OF SERVICE

I certify that on October 29, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>    */s/ Eliyahu Babad*
>    Eliyahu Babad
>     *Attorneys for Plaintiff*